UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANITA C. TURNER,<br><br>                     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                     Defendant. | Case No. C14-961-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his applications for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded. Dkt. 17. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including further development of the record, a new hearing, and issuance of a new decision. On remand, the Administrative Law Judge (ALJ) shall:

 1) Consider all of the evidence submitted to the Appeals Council, including the lay witness statements and the performance evaluations dated 2002 through 2007;

 2) Re-evaluate the medical evidence, including the opinions of record;

 3) Re-evaluate the severity of the claimant's impairments, including her mental

REPORT AND RECOMMENDATION - 1

impairments;

4) Re-evaluate the claimant's credibility;

5) Re-evaluate the claimant's residual functional capacity; and

6) If warranted, re-evaluate steps four and five of the sequential evaluation process, with the assistance of a vocational expert as necessary.

The parties further stipulate that Ms. Turner is entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 19th day of December, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge