1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANITA C. TURNER,

                          Plaintiff,

          v.

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

                          Defendant.

Case No. C14-961-RSL

**REPORT AND
RECOMMENDATION**

13        Anita C. Turner, by her attorney Amy M. Gilbrough, moves the Court to award attorney

14   fees of **$4,800.00** under 42 U.S.C. § 406(b).  If the Court grants this motion, her attorney will

15   refund to plaintiff the **$1,918.61** of fees counsel previously received under the Equal Access to

16   Justice Act.  Dkt. 23.  The motion is unopposed.  The Court has reviewed the motion and record,

17   and recommends Ms. Turner's unopposed motion be **GRANTED**.

18        As the motion is unopposed, the Court recommends if this recommendation is adopted,

19   that it be approved immediately.  A proposed order accompanies this Report and

20   Recommendation.

21        DATED this 19th day of February, 2016.

22

23

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1