UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANITA C. TURNER,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. C14-961-RSL<br><br>**ORDER FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b)** |

The Court, after careful consideration of plaintiff's unopposed motion (Dkt. 23), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of **$4,800.00** under 42 U.S.C. § 406(b). Social Security is directed to send this amount to plaintiff's attorney, minus any applicable processing fees as allowed by statute. On receipt of this fee, Ms. Gilbrough will reimburse to plaintiff the fee she was paid under the Equal Access to Justice Act, **$1,918.61**, as required by statute.

///

///

ORDER FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(B) - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 22nd day of February, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(B) - 2